REED ENTERPRISES ET AL. *v.* CLARK,
ATTORNEY GENERAL, ET AL.

No. 1092.  Decided March 25, 1968.

*Stanley Fleishman, David Rein* and *Sam Rosenwein* for appellants.

*Solicitor General Griswold, Assistant Attorney General Vinson* and *Philip R. Monahan* for appellees.

PER CURIAM.

The motion to affirm is granted and the judgment is affirmed.

MR. JUSTICE BLACK and MR. JUSTICE DOUGLAS are of the opinion that probable jurisdiction should be noted and the case set for oral argument.

MR. JUSTICE MARSHALL took no part in the consideration or decision of this case.

ORTEGA *v.* MICHIGAN.

No. 1163, Misc.  Decided March 25, 1968.

PER CURIAM.

The appeal is dismissed for want of a substantial federal question.